## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

LINDA HEIM, GUARDIAN,
INDIVIDUALLY MOTHER AND/OR
ADMINISTRATRIX OF THE ESTATE OF
NATHAN MCHENRY,

              Petitioner

         v.

HOPE ENTERPRISES FOUNDATION
INCORPORATED, AND/OR HOPE
ENTERPRISES, INC., AND/OR HOPE
CORPORATION, AND RYAN BENIS,

              Respondents

: No. 423 MAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.